JOHN C. BOYDEN, ESQ. (SBN 3917)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, NV 89505
(775) 786-3930
jboyden@etsreno.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLAUDIA JONES,

    Plaintiff,

vs.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

_____/

CASE NO:   2:20-cv-01452-VCF

**STIPULATION AND ORDER FOR
EXTENSION OF TIME
(FIRST REQUEST)**

    Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Plaintiff, CLAUDIA JONES, and Defendant, ANDREW M. SAUL, by and through their respective counsel, respectfully request to extend the deadline for Plaintiff to file her Motion for Remand and/or Reversal, up to and including **Friday, June 25, 2021,** regarding the above-mentioned case.  For the reasons set forth below, good cause exists to extend the deadline, as requested.

    The current deadline for Plaintiff to file her Motion for Remand is **April 8, 2021**.  Plaintiff's counsel is currently preparing for a 10-day trial scheduled to commence on June 7, 2021, in Pahrump, Nevada.  At the present time, the discovery phase of that case is intense, and numerous depositions are scheduled of treating physicians, expert witnesses and fact witnesses.  There are also several motions pending in that case, and an in-person appearance is required to conduct oral arguments on those motions, which involves days out of the office for Plaintiff's counsel to travel to Pahrump, Nevada.  Additionally, Plaintiff's counsel has numerous depositions and mediations scheduled in other cases, and does not have sufficient time to devote to this case.

    For the reasons mentioned above, the parties respectfully request that the Court grant the Stipulation extending the deadline for Plaintiff to file her Motion for Remand and/or Reversal in this case.  *See* Fed. R. Civ. P. 6(b)(1)(A), ("When an act may or must be done within a specified time,

Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930

the court may, *for good cause*, extend the time ... with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is the first request for an extension of time in this case. This stipulated request is filed in good faith and not for the purpose of undue delay.

RESPECTFULLY SUBMITTED this 11th day of March, 2021.

**ERICKSON, THORPE &**
**SWAINSTON, LTD.**

**NICHOLAS A. TRUTANICH**
**United States Attorney**


___*/s/ JOHN C. BOYDEN*_____
JOHN C. BOYDEN, ESQ.
*Counsel for Plaintiff*

___*/s/ ALLISON J. CHEUNG*____
ALLISON J. CHEUNG, ESQ.
Assistant United States Attorney
*Counsel for Defendant*



**IT IS SO ORDERED.**

**DATED: March 11 2021.**

**U.S. MAGISTRATE JUDGE**

Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930

-2-