# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

CLAUDIA JONES,

                        Plaintiff,

v.

KILILO KIJAKAZI, Acting Commissioner of Social Security,

                        Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:20-cv-01452-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Claudia Jones be awarded attorney fees and expenses in the amount of seven hundred and fifty dollars ($750.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred eleven dollars and fifty-five cents ($411.55) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

| | |
|---|---|
| 7/16/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ Y. Williams |
| | Deputy Clerk |